JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLIE BURNETT,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED HEALTHCARE SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. CV 24-10778 FMO (RAOx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　　Having been advised by the parties that the above-captioned action has settled, (Dkt. 23, Notice of Settlement), IT IS ORDERED that the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 6th day of January, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　United States District Judge